**STATE of Missouri, Respondent,**

v.

**George SAUNDERS, Appellant.**

**No. WD 47603.**

Missouri Court of Appeals,
Western District.

May 3, 1994.

Motion for Rehearing and/or Transfer to Supreme Court Denied June 28, 1994.

Application to Transfer Denied
Aug. 15, 1994.

Patricia A. Richter, Asst. Appellate Defender, Kansas City, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Breck K. Burgess, Asst. Atty. Gen., Jefferson City, for respondent.

Before KENNEDY, P.J., and ULRICH and SPINDEN, JJ.

### ORDER

PER CURIAM.

Appellant, upon a jury trial, was convicted of the class A felony of first degree trafficking, section 195.222, RSMo Supp.1992, in selling two grams of a cocaine-based substance to an undercover police officer on November 12, 1990. Appellant was sentenced to ten years' imprisonment.

Affirmed. Rule 30.25(b).